704 P.2d 342

Elizabeth SCHIESS, Individually, and as Guardian Ad Litem For Clint Ervin Schiess, Terri Lee Schiess, Kimberly Ann Schiess, Kelly Jo Schiess and Laddie Schiess, Jr., Plaintiffs-Respondents,

v.

Peter BATES, Defendant-Appellant.

No. 15239.

Supreme Court of Idaho.

July 23, 1985.

TO: SIXTH JUDICIAL DISTRICT COURT, COUNTY OF BANNOCK.

The Court having announced its Opinion in this cause December 10, 1984, 107 Idaho 794, 693 P.2d 440, which has now become final; therefore,

IT IS HEREBY ORDERED that the District Court shall forthwith comply with the directive of the Opinion, if any action is required; and

IT IS FURTHER ORDERED that, inasmuch as no memorandum of costs on appeal was filed, such costs are hereby waived. No attorney fees awarded on appeal.